UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUTTA MAHLKE COHN,<br><br>               Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>               Defendant. | Civil No. 07-CV-566-L(BLM)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF THE ACTION WITH PREJUDICE [doc. #16]** |

    Good cause appearing, *viz.*, the settlement of the case, **IT IS ORDERED** granting the parties' joint motion for dismissal of the above-captioned case in its entirety with prejudice. Each party to bear her or its own costs. **IT IS FURTHER ORDERED** directing the Clerk of the Court to close this case.

**IT IS SO ORDERED.**

DATED: July 20, 2007

                                  M. James Lorenz
                                  United States District Court Judge

COPY TO:

HON. BARBARA L. MAJOR
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL